MAY 12, 1964

**Reap. Dec. 10756.**—Nichimen Co. *v.* United States, reappraisement R62/15127. Reappraisement dismissed October 9, 1963. Entered at San Francisco, Calif. (Not published.) Motion by plaintiff.